David A. Gill (Tr) [State Bar No. 032145]
mrobertson@dgdk.com
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904
Telephone: (310) 201-2407
Facsimile: (310) 277-5735

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re

LORECE WRIGHT

    Debtor.

) Case No. 2:06-bk-15911-PC
) Chapter 7
)
)
) **REPORT OF TRUSTEE UNDER RULE**
) **3011**
)
)

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check No. 1034 in the sum of $645.00 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: July 8, 2011

_____
David A. Gill (Tr)
Chapter 7 Trustee

-1-

## ATTACHMENT NO. 2

### LISTING OF DIVIDEND PAYMENTS
### (EACH CREDITOR CLASS SHOULD BE LISTED SEPARATELY)

CLASS OF CREDITOR BEING PAID: Bankruptcy Procedure 3011

PERCENTAGE PAID ON CLAIM: 0.00000%

AMOUNT/BALANCE TO DISTRIBUTE: $645.00

| CLAIM NUMBER | NAME & ADDRESS OF CLAIMANT | AMOUNT OF ALLOWED CLAIM | INTERIM PAYMENT | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| | FIRST FRANKLIN LOAN SVC<br>5200 LANKERSHIM BLVD<br>N HOLLYWOOD, CA 91601 | $645.00 | | $645.00 |
| | TOTALS: | $645.00 | $0.00 | $645.00 |
| | CASE NUMBER: | 2:06-bk-15911-PC | | |
| | CASE NAME: | WRIGHT, LORECE | | |

\* Total also includes employee taxes withheld.